■ In the Matter of DAVONA L. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAVID L., Appellant. [849

NYS2d 870]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Lunn, Peradotto and Gorski, JJ.